UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ADAM REVIER, | Case No. 14-CV-3219 (PJS/TNL) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| PERFORMANT RECOVERY, INC., | |
| Defendant. | |

Based upon the Stipulation for Dismissal filed by the parties on December 12, 2014 [ECF No. 13],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: December 12, 2014              s/Patrick J. Schiltz
                                      Patrick J. Schiltz
                                      United States District Judge